THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JESSICA GRINGAS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORY PARK CAPITAL ADVISORS, LLC, *et al.*,<br><br>Defendants. | No. 5:17-cv-00233 |

**DEFENDANT HAYNES INVESTMENTS, LLC'S**
<u>**MOTION TO DISMISS**</u>

Defendant Haynes Investments, LLC ("Haynes Investments"), through counsel, respectfully moves the Court for an Order dismissing Counts One, Two, Five, and Six of Plaintiffs' Complaint under Rules 12(b)(2), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated:  October 25, 2019                    Respectfully submitted,

By:   /s/ Jonathan P. Boughrum
Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
David F. Herman (admitted *pro hac vice*)
Email:  rlscheff@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103

Stephen D. Ellis, Esq.
Paul Frank + Collins P.C.
P.O. Box 1307 / One Church Street
Burlington, VT 05402-1307
sellis@pfclaw.com
T: (802) 658-2311
F: (802) 658-0042

*Counsel for Defendant Haynes Investments, LLC*