UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JESSICA GINGRAS and ANGELA C. GIVEN, on behalf of themselves and all others similarly situated,<br>    Plaintiffs<br><br>    v.<br><br>VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, HAYNES INVESTMENTS, LLC, and JOHN DOES 1-10,<br>    Defendants | Docket No. 5:17-cv-233 |

## NOTICE OF VOLUNTARY DISMISSAL OF
## CLAIMS AGAINST THE VICTORY PARK DEFENDANTS WITH PREJUDICE

Plaintiffs Jessica Gingras and Angela C. Given (collectively, "Plaintiffs"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss, with prejudice, the claims asserted against Defendants Victory Park Capital Advisors, LLC, Victory Park Management, LLC, GPL Servicing, Ltd., GPL Servicing Agent, LLC, GPL Servicing Trust, and GPL Servicing Trust II (collectively, "Victory Park") in Plaintiffs' Class Action Complaint filed in the above-captioned action on November 21, 2017.  This voluntary dismissal is proper under Rule 41(a)(1)(A)(i) because Victory Park has not served either an answer or a motion for summary judgment in this action.

gravel &
shea  ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
P.O. Box 369
Burlington, Vermont 05402-0369

Dated:    Burlington, Vermont
             December 20, 2019

                                                                                      /s/ *Matthew B. Byrne*
                                                                                    Matthew B. Byrne, Esq.
                                                                                     Gravel & Shea PC
                                                                                    76 St. Paul Street, 7th Floor, P.O. Box 369
                                                                                    Burlington, VT  05402-0369
                                                                                    (802) 658-0220
                                                                                    mbyrne@gravelshea.com
                                                                                    For Plaintiffs

gravel & shea | ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
P.O. Box 369
Burlington, Vermont 05402-0369