UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JAN 17 AM 10: 30

CLERK

BY  ↳ law
DEPUTY CLERK

| | |
|---|---|
| JESSICA GINGRAS and<br>ANGELA C. GIVEN, on behalf of themselves<br>and all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>VICTORY PARK CAPITAL ADVISORS,<br>LLC, VICTORY PARK MANAGEMENT,<br>LLC, GPL SERVICING, LTD., GPL<br>SERVICING AGENT, LLC, GPL<br>SERVICING TRUST, GPL SERVICING<br>TRUST II, HAYNES INVESTMENTS,<br>LLC, and JOHN DOES 1-10,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   Docket No. 5:17-cv-233<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL OF
CLAIMS AGAINST THE VICTORY PARK DEFENDANTS WITH PREJUDICE

Plaintiffs Jessica Gingras and Angela C. Given (collectively, "Plaintiffs"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss, with prejudice, the claims asserted against Defendants Victory Park Capital Advisors, LLC, Victory Park Management, LLC, GPL Servicing, Ltd., GPL Servicing Agent, LLC, GPL Servicing Trust, and GPL Servicing Trust II (collectively, "Victory Park") in Plaintiffs' Class Action Complaint filed in the above-captioned action on November 21, 2017. This voluntary dismissal is proper under Rule 41(a)(1)(A)(i) because Victory Park has not served either an answer or a motion for summary judgment in this action.

Dated:  Burlington, Vermont
        December 20, 2019

/s/ Matthew B. Byrne
Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT   05402-0369
(802) 658-0220
mbyrne@gravelshea.com
For Plaintiffs

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 17th day of January, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court