UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JESSICA GINGRAS and ANGELA C. GIVEN, on behalf of themselves and all others similarly situated,<br>          Plaintiffs<br><br>     v.<br><br>VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, HAYNES INVESTMENTS, LLC, and JOHN DOES 1-10,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)   Docket No. 5:17-cv-233<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF CLAIMS AGAINST HAYNES INVESTMENTS, LLC

Plaintiffs Jessica Gingras and Angela Given (collectively, "Plaintiffs"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss, with prejudice, the claims asserted against Defendant Haynes Investments, LLC ("Haynes Investments") in Plaintiffs' Class Action Complaint filed in the above-captioned action on November 21, 2017. This voluntary dismissal is proper under Rule 41(a)(1)(A)(i) because Haynes Investments has not served either an answer or a motion for summary judgment in this action.

Dated:    Burlington, Vermont
          June 26, 2020

                              /s/ Matthew B. Byrne
                              Matthew B. Byrne, Esq.
                              Gravel & Shea PC
                              76 St. Paul Street, 7th Floor, P.O. Box 369
                              Burlington, VT  05402-0369
                              (802) 658-0220
                              mbyrne@gravelshea.com



gravel & shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369

- 2 -

and

Kathleen M. Donovan-Maher, Esq.
Steven J. Buttacavoli, Esq.
Steven L. Groopman, Esq.
Berman Tabacco
One Liberty Square
Boston, MA  02109
(617) 542-8300
kdonovanmaher@bermantabacco.com
sbuttacavoli@bermantabacco.com
sgroopman@bermantabacco.com

For Plaintiffs

